1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ORLANDO BLACKWELL,                          No.  2:13-cv-2036-TLN-EFB P

12                 Plaintiff,

13         v.                                      ORDER

14    D. DOSUELLA, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 3, 2014, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23    the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27         1.  The findings and recommendations filed July 3, 2014, are adopted in full; and

28    /////

                                                1

1          2.  Defendant Folsom State Prison is dismissed without leave to amend.

2     Dated: August 1, 2014

3

4

5

6                                        _____
                                         Troy L. Nunley
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28